```
                    FILED
              CLERK, U.S. DISTRICT COURT

                   DEC -8 2016

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 16-2411 M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| JOSE LUIS GUTIERREZ- ) | [Fed.R.Crim.P. 32.1(a)(6); |
| VAZQUEZ ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern Dist, CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _allegedly illegally in US, w/ prior deportation; use of alias; alleged offense while on sup release___

1
2
3
4 and/or
5 B. ( ) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on:_____
10
11
12
13
14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: __12/8/16__
18
19
20 _____
   UNITES STATES MAGISTRATE JUDGE
21         PAUL L. ABRAMS
22
23
24
25
26
27
28